# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BEARAM,

    Petitioner,

v.

CAMERON LINDSEY, Warden,

    Respondent.

No. 3:12-CV-2080

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this _25_ th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 16 ) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 16 ) is **ADOPTED.**

(2)     Petitioner Michael Bearam's Second Amended Petition for Writ of Habeas Corpus (Doc. 8) is **DISMISSED WITHOUT PREJUDICE.**

(3)     The Clerk of Court is directed to mark the case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge